1036

[No. 39193-3-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. C.A.P.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-04455-7, Michael S. Spearman, J., entered
August 8, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 39225-5-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
RAY SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-02695-8, Michael Spearman, J., entered
August 13, 1996. *Affirmed* by unpublished per curiam
opinion.

[Nos. 14450-0-III; 14451-8-III.    Division Three.    May 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AMBROSIO
LONGORIA, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Frank-
lin County, Nos. 94-1-50173-8, 94-1-50174-6, Craig Mathe-
son, J., entered October 25, 1994. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Kurtz and
Brown, JJ.

[Nos. 14850-5-III; 14892-1-III.    Division Three.    May 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
DANIEL FRANKLIN, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Ben-
ton County, Nos. 94-1-00481-0, 94-1-00482-8, Duane E.
Taber, J., entered April 7 and May 19, 1995. *Affirmed* by
unpublished opinion per Kurtz, J., concurred in by
Sweeney, C.J., and Brown, J.